UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT JAMES SPELLS, | Case No. 2:20-cv-10248-AB (JDE) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| KATHLEEN ALLISON, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1, "Petition"), Respondent's Answer to the Petition (Dkt. 20) and supporting records, Petitioner's Traverse (Dkt. 22) and supporting Memorandum (Dkt. 22-1), the Report and Recommendation of the United States Magistrate Judge (Dkt. 25, "Report"), and Petitioner's Objections to the Report (Dkt. 29).

Having engaged in a de novo review of those portions of the Report to which objections have been made, the Court concurs with and accepts the findings and recommendations of the Magistrate Judge.

/ / /

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: December 20, 2022

_____
ANDRÉ BIROTTE JR.
United States District Judge