JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT JAMES SPELLS, | Case No. 2:20-cv-10248-AB (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| KATHLEEN ALLISON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: December 20, 2022

ANDRÉ BIROTTE JR.
United States District Judge